**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. **10-11141 SEK** |
| **CARLOS J. VALLADARES DE JESUS** | CHAPTER 07 |
| DEBTOR(S) | |

**NOTICE SCHEDULING MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the meeting of creditors pursuant 11 U.S.C. Section 341(a) in above referenced cases will be held on:

    **DATE:**     **JANUARY 27, 2010**

    **HOUR:**     **9:30 a.m.**

    **TRUSTEE:**     **WILFREDO SEGARRA MIRANDA**

    **LOCATION:**     **Ochoa Building, Tanca Street Corner of Comercio St., First Floor, Old San Juan, Puerto Rico. The entrance to this building is through Comercio St.**

In San Juan, Puerto Rico, this December 21, 2010.

I HEREBY CERTIFY: I hereby certify a copy of the following was filed electronically through CM/ECF and therefore electronically notified.

    /S/Wilfredo Segarra Miranda
    **WILFREDO SEGARRA MIRANDA**
    TRUSTEE
    BAR NUMBER: 126705
    P.O. BOX 9023385
    SAN JUAN, P.R. 00902-3385
    TEL. 787-725-6160 // FAX: 787-977-2288